UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

VICTOR SEPULVEDA

        Plaintiff,

v,

THE CITY OF DORAL, a municipal corporation,
OMAR FELIPE, individually, ALBERTO TELLEZ,
individually, MICHAEL ACOSTA, individually,
and JAVIER DIAZ, individually. ,

        Defendants
_____/

Case No.: 1-21-CV-23267

## **DEFENDANTS' SUPPLEMENTAL RULE 26(a) INITIAL DISCLOSURES**

Defendants, The City of Doral, Omar Felipe, Alberto Tellez, Michael Acosta, and Javier Diaz ("Defendants"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 26(a), hereby provides its Supplemental Initial Disclosures as follows:

**A.**     **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

    1.     Victor Sepulveda
            Plaintiff
            5077 SW 7th St
            Miami, FL 33134
            Subject: Circumstances of incident and damages

    2.     Daniel W. Courtney, Esq.
            Plaintiff's Attorney
            10800 Biscayne Blvd., Suite 700
            Miami, FL 33161
            Subject: Circumstances of incident and damages

    3.     Representative of The City of Doral
            c/o Kelley Kronenberg
            Subject: Policies, procedures, circumstances of incident

4. Omar Felipe
   Employee of The City of Doral
   c/o Kelley Kronenberg
   Subject: Circumstances of incident and damages; policies and procedures

5. Alberto Tellez
   Employee of The City of Doral
   c/o Kelley Kronenberg
   Subject: Circumstances of incident and damages; policies and procedures

6. Michael Acosta
   Employee of The City of Doral
   c/o Kelley Kronenberg
   Subject: Circumstances of incident and damages; policies and procedures

7. Javier Diaz
   Employee of The City of Doral
   c/o Kelley Kronenberg
   Subject: Circumstances of incident and damages; policies and procedures

8. Hans Gonzalez
   Employee of The City of Doral
   c/o Kelley Kronenberg
   Subject: Circumstances of incident and damages; policies and procedures

9. Maylee Bardelas
   Employee of The City of Doral
   c/o Kelley Kronenberg
   Subject: Circumstances of incident and damages; policies and procedures

10. Glenn Stolzenberg
    Employee/Corporate Representative of The City of Doral
    c/o Kelley Kronenberg
    Subject: Circumstances of incident and damages; policies and procedures

11. Samika Gibson
    Employee/Corporate Representative of The City of Doral
    c/o Kelley Kronenberg
    Subject: Circumstances of incident and damages; policies and procedures

12. Kendall Regional Hospital
    11750 SW 40th St
    Miami, FL 33175
    Subject: Circumstances of incident and damages

13. Any person with knowledge of Plaintiff's prior medical conditions and/or accidents and/or injuries (to be discovered).

14. Any other prior treating physicians of Plaintiff (to be discovered).

15. Any other treating physicians of Plaintiff in relation to this incident (to be discovered).

16. Any employers of Plaintiff (to be discovered).

17. Discovery and investigation are just beginning, and the Defendants reserve the right to supplement their disclosures.

B. **DESCRIPTION OF DOCUMENTS & THINGS THAT MAY BE USED TO SUPPORT DEFENSES**

1. Incident/Investigation Report of subject incident.

2. Plaintiff's June 8, 2020 Notice of Claim, which is in possession of Plaintiff.

3. Complaint/Arrest Affidavit of subject incident.

4. City of Doral Police Department Case Supplemental Report.

5. The City of Doral Police Department D.U.I. Package of subject incident.

6. Documents regarding Defendant's policies, procedures, rules.

7. Discovery and investigation are just beginning, and the Defendants reserve the right to supplement their disclosures as Defendants believe there will be additional documentation to support their defenses.

C. **COMPUTATION OF DAMAGES CLAIMED**

1. Not applicable.

D. **INSURANCE AGREEMENT(S)**

1. General Liability Declarations Page: $5 million per occurrence.

Dated: March 9, 2022.

/s/ *Mirelis Castilla*
MIRELIS CASTILLA, Esq.
Florida Bar No.: 40831
**KELLEY KRONENBERG**

10360 West State Road 84
Fort Lauderdale, FL  33324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2022 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day upon the attached service list, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Mirelis Castilla*
MIRELIS CASTILLA, Esq.
Florida Bar No.: 40831
**KELLEY KRONENBERG**
10360 West State Road 84
Fort Lauderdale, FL  33324
Telephone: (954) 370-9970
Facsimile: (954)382-1988
Attorneys for City of Doral, Omar Felipe, Alberto Tellez, Michael Acosta, and Javier Diaz

## SERVICE LIST

Daniel W. Courtney, Esq
**Daniel W. Courtney, P.A.**
10800 Biscayne Blvd., Suite 700
Miami, FL  33161
Via CM/ECF

2