*Court's Ex. 1*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-23267-MOORE

VICTOR SEPULVEDA
    Plaintiff,

vs.

CITY OF DORAL, et al.,
    Defendants.
_____/

## QUESTION/NOTE FROM DELIBERATING JURY

Good afternoon Judge Moore,

    We the jury are having conflicting opinions and would like the resume tomorrow at 1pm.

    Thank you for your consideration!

Date: 8/31/22

Foreperson

PLEASE RETURN THIS FORM TO THE COURTROOM DEPUTY.

*Court's Ex. 2*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-23267-MOORE

VICTOR SEPULVEDA
    Plaintiff,

vs.

CITY OF DORAL, et al.,
    Defendants.
_____/

### QUESTION/NOTE FROM DELIBERATING JURY

Good Afternoon Judge Moore,

we have a question, on page 3, c & d seems to be repeated. Is that correct?

Date: 9/1/22

_____
Foreperson

PLEASE RETURN THIS FORM TO THE COURTROOM DEPUTY.

*Ct's #2*

Ct's. #3

Dear Jurors,

In answer to your question, c refers to past pain & suffering, d refers to future pain and suffering.

Judge Moore
9/1/2022 1:30 P.M.

Dear Judge Moore,

We the jury have reached a verdict.

▬▬▬▬▬▬▬▬▬▬
Foreperson.