UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23267-KMM

VICTOR SEPULVEDA,

    Plaintiff,

v.

CITY OF DORAL, *et al.*,

    Defendants.

_____/

### FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and upon a verdict by a jury (ECF No. 53), it is hereby ORDERED AND ADJUDGED that:

1. Final Judgment is ENTERED in favor of Plaintiff Victor Sepulveda, and against Defendants Alberto Tellez, Michael Acosta, and Javier Diaz as to Counts 6, 9, and 12 of the Complaint. Plaintiff Victor Sepulveda is AWARDED damages against Defendants Alberto Tellez, Michael Acosta, and Javier Diaz, in the total amount of $600,000.00 that shall bear interest at the rate of 3.42% a year, for which let execution issue.

2. Final Judgment is ENTERED in favor of Defendants, and against Plaintiff as to all remaining Counts in the Complaint.

3. The Clerk of Court is instructed to CLOSE this case.

4. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  2nd  day of September, 2022.

                                        K. MICHAEL MOORE
                                        UNITED STATES DISTRICT JUDGE

c: All counsel of record